# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:05-CR-269

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| PAUL E. DAVIS ) | |
| ) | |
| _____ ) | |

**THIS MATTER** is before the Court on a motion filed by Defendant requesting a evidentiary hearing on a motion to suppress. ***See Defendant's Motion to Suppress Evidence**, filed August 14, 2008.* The Government has until August 28, 2008, to respond to the motion but indicates that they can be ready for hearing on this motion on August 25, 2008. This case is scheduled for trial during the week of September 8, 2008, and the motion to suppress should be heard as soon as practicable. Therefore, the Court will set a hearing on the Defendant's motion to suppress for **MONDAY, AUGUST 25TH, 2008, AT 2:00 P.M.** The hearing will take place in Courtroom 1, United States Courthouse, 100 Otis Street, Asheville, North Carolina.

**IT IS SO ORDERED.**

Signed: August 15, 2008

Lacy H. Thornburg
United States District Judge