UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:05CR269 |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| PAUL E. DAVIS | ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss the Bill of Indictment herein.

For cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**, and the indictment herein is hereby **DISMISSED.**

**IT IS FURTHER ORDERED** that the Defendant's motions to suppress and to dismiss are **DENIED** as moot, and the hearing scheduled for Monday, August 25, 2008, is cancelled.

The Clerk is directed to transmit this Order electronically to defense counsel, the United States Attorney, the United States Marshal, and to the United States Probation Office.

Signed: August 22, 2008

Lacy H. Thornburg
United States District Judge